AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                         DISTRICT OF                         CALIFORNIA

## APPEARANCE

Case Number:   07mj2253

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CARMELO BEAS-HERNANDEZ

I certify that I am admitted to practice in this court.

/s/ ROBERT H. REXRODE

9/19/2007
Date                                                   Signature

Robert H. Rexrode / Federal Defenders of SL              230024
Print Name                                              Bar Number

225 Broadway, Suite 900
Address

San Diego, CA  92101
City                         State                      Zip Code

(619) 234-8467                    (619) 687-2666
Phone Number                                            Fax Number