UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 07mj2253 |
| v. | ) ) | CERTIFICATE OF SERVICE |
| CARMELO BEAS-HERNANDEZ, | ) ) | |
| Defendant. | ) ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  September 19, 2007                         /s/ Robert H. Rexrode, III
                                                                                 ROBERT H. REXRODE, III
                                                                                 Federal Defenders
                                                                                 225 Broadway, Suite 900
                                                                                 San Diego, CA 92101-5030
                                                                                 (619) 234-8467  (tel)
                                                                                 (619) 687-2666  (fax)
                                                                                 robert_rexrode@fd.org